UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN CAHILL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:11CV938 HEA |
| ) | |
| ST. LOUIS COUNTY CIRCUIT ) | |
| COURT, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED**.

Dated this 13th day of July, 2011.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE